MODERN LINEN AND LAUNDRY SERVICE, INC., Appellant, v. MANNING MANUFACTURING CO., Respondent.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

■

MARIA WYATT v. RUTH O. WYATT.— Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *ante*, p. 562.]

■

JACK SASSON et al. v. JOSEPH ESSES et al.— Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *ante*, p. 562.]

■

EDWARD J. DANZIGER v. HEARST CORPORATION et al.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 560.]

■

IRMA BERG v. SOLOMON BERG.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 555.]

■

GRECO REALTY CORP. v. MORTGAGEE INVESTORS CORPORATION.— Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *ante*, p. 562.]

(November 20, 1951.)

■

REYNOLDS METALS COMPANY, Appellant, v. STOR-AID, INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN KOPF, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.